1   BRIAN J. STRETCH (CABN 163973)
    United States Attorney

2

3   DAVID R. CALLAWAY (CABN 121782)
    Chief, Criminal Division

4   MARC PRICE WOLF (CABN 254495)
    Assistant United States Attorney

5

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495

7       Telephone: (415) 436-6488
        FAX: (415) 436-7234

8       marc.wolf@usdoj.gov

9   Attorneys for United States of America

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                         OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,            )   NO. CR 4:14-MJ-71109
                                          )
15            Plaintiff,                   )   STIPULATION REGARDING REQUEST FOR (1)
                                          )   CONTINUANCE OF HEARING DATE AND (2)
16       v.                               )   FINDINGS OF EXCLUDABLE TIME PERIOD
                                          )   PURSUANT TO SPEEDY TRIAL ACT AND RULE
17  JULIOUS SCOTT,                        )   5.1
                                          )
18            Defendant.                   )   Current Hearing Date:    April 20, 2016
    _____)   Proposed Hearing Date:  April 29, 2016

19

20          Plaintiff United States of America, by and through its counsel of record, the United States

21  Attorney for the Northern District of California and Assistant United States Attorney Marc Price Wolf,

22  and Defendant Julious Scott (SCOTT), by and through his counsel of record, Jai Gohel, hereby stipulate

23  as follows:

24          1.      Defendant is presently charged in a criminal complaint with violations of 18 U.S.C.

25  §§ 922(g), 922(k), and 924(c). Defendant has been arraigned on the criminal complaint. A hearing for

26  arraignment on indictment or information or preliminary hearing is presently set for Wednesday, April

27  20, 2016.

28

2.      The government has produced discovery and the parties are exploring the potential for a pre-indictment disposition. Counsel for defendant SCOTT requires additional time to review discovery and negotiate a potential pre-indictment disposition for defendant.

3.      Assistant United States Attorney Marc Price Wolf has recently substituted into the case as lead attorney for Plaintiff, but unfortunately, he will be out of the district and unavailable on April 20, 2016.  Mr. Price Wolf has already spoken at length with defense counsel about the case and the parties are making good progress towards a pre-indictment resolution.  Because of the parties' counsels' schedules, the earliest mutually available date for the next hearing is April 29, 2016

4.      Thus, counsel for defendant SCOTT represents that additional time is necessary to confer with defendant, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-indictment and/or pre-trial motions, review the discovery already produced and soon to be produced, as well as potential evidence in the case, and prepare for trial in the event that a pre-indictment resolution does not occur. Defense counsel represents that failure to grant the continuance would deny him reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties agree that the requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the government to obtain available witnesses.

5.      Defendant represents that he waives his rights 18 U.S.C. § 3161(b) and Federal Rule of Criminal Procedure 5.1 to be charged by information or indictment with the offenses alleged in the pending criminal complaint or have a preliminary hearing on those charges on April 20, 2016, and further represents that he knowingly and voluntarily waives that right and agrees to continue the time to be charged by indictment or information or to have a preliminary hearing to April 29, 2016.

6.      For purposes of computing the date under the Speedy Trial Act and Rule 5.1 by which defendant must be charged by indictment or information or have a preliminary hearing, the parties agree that the time period of April 20, 2016 to April 29, 2016, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv) and Rule 5.1 because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of

STIPULATION AND [PROPOSED] ORDER EXLUDING TIME
Case No. CR 4:14-MJ-71109

1   the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of

2   the public and defendant in the filing of an information or indictment within the period specified in 18

3   U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel the

4   reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5          7.          Nothing in this stipulation shall preclude a finding that other provisions of the Speedy

6   Trial Act dictate that additional time periods be excluded from the period within which an information

7   or indictment must be filed.

8          IT IS SO STIPULATED.

9   DATED: April 13, 2016                                  Respectfully submitted,

10                                                          BRIAN J. STRETCH
                                                            United States Attorney
11
                                                            _____/s/_____
12                                                          MARC PRICE WOLF
                                                            Assistant United States Attorney
13

14

15                                                          _____/s/_____
                                                            JAI GOHEL
16                                                          Attorney for Defendant Julious Scott

17                                     [~~PROPOSED~~] ORDER

18   The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Hearing

19   Date and (2) Findings of Excludable Time Period Pursuant to Speedy Trial Act and Rule 5.1, filed by

20   the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by

21   reference into this Order, demonstrates facts that support a continuance in this matter, and provides good

22   cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 and Rule 5.1

23   of the Federal Rules of Criminal Procedure.

24          The Court further finds that: (i) the ends of justice served by the continuance outweigh the best

25   interest of the public and defendant in the filing of an information or indictment within the time period

26   set forth in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny

27   defense counsel the reasonable time necessary for effective preparation, taking into account the exercise

28   of due diligence.

1    THEREFORE, FOR GOOD CAUSE SHOWN:

2        The hearing for arraignment on information or indictment or preliminary hearing in this matter

3    scheduled for April 20, 2016, is continued to 9:30 a.m. on April 29, 2016, before the Duty Magistrate in

4    Oakland.  The time period of April 20, 2016 to April 29, 2016, inclusive, is excluded in computing the

5    time within which an information or indictment must be filed under 18 U.S.C. § 3161(b) pursuant to the

6    provisions of 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv) and Rule 5.1. Nothing in this Order

7    shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods

8    are excluded from the period within which an information or indictment must be filed.

9        IT IS SO ORDERED.

10

11   DATED:  4/13/16 _____            _____
                                         HONORABLE KANDIS A. WESTMORE
12                                       UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXLUDING TIME
Case No. CR 4:14-MJ-71109